[No. 29374-5-I.  Division One.  December 20, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. KAREN K. DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-02562-9, Ricardo S. Martinez, J., entered

September 26, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis, A.C.J., and Scholfield, J.